UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHELLEY FOREMAN,

    Plaintiff,

v.                                     Case No: 6:17-cv-2002-Orl-37DCI

SOLERA HOLDINGS, INC.,

    Defendant.

## ORDER

After final approval of the class action settlement in this case (Doc. 51), Plaintiff moved for approval of attorneys' fees, costs, and expenses and a service award to the class representative. (Doc. 47 ("**Motion**").) Consistent with the settlement agreement (Doc. 41-1), Plaintiff and Plaintiff's counsel, as Class Counsel, seek an award of $255,000.00 for attorneys' fees, $16,009.54 for out-of-pocket costs and expenses advanced by Class Counsel, and $1,000 as a service award to Plaintiff for acting as class representative. (Doc. 47, pp. 1–2.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends that the Court grant the Motion. (Doc. 52 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 52) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Approval of Attorneys' Fees, Costs and Expenses, for Approval of Service Award to Class Representative and Supporting Memorandum of Law (Doc. 47) is **GRANTED.**

3. The Court approves the award of $255,000.00 in attorneys' fees and $16,009.54 in costs and expenses to Class Counsel, and $1,000.00 as a class representative service award to Plaintiff.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 26, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record